UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Christopher Wilkening and<br>Erin Wilkening,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Capital One Auto Finance, Experian Corp., Equifax, Transunion, and Innovis Data Solutions,<br><br>　　　　　　　Defendants. | Case No. 23-cv-0185 (WMW/LIB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter is before the Court on the June 22, 2023 Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois. (Dkt. 27.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

　　1.　　The June 22, 2023 Report and Recommendation, (Dkt. 27), is **ADOPTED**.

　　2.　　This action against Defendants Experian Corp., Equifax, TransUnion and Innovis Data Solutions is **DISMISSED without prejudice**.

　　LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 27, 2023　　　　　　　　　　　　s/Wilhelmina M. Wright
　　　　　　　　　　　　　　　　　　　　　Wilhelmina M. Wright
　　　　　　　　　　　　　　　　　　　　　United States District Judge